IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY REED,

    Petitioner,                    No. CIV S-07-0595 WBS KJM P

    vs.

WARDEN CLAY, et al.,

    Respondents.              <u>ORDER</u>

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On July 16, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed July 16, 2007, are adopted in full;

2. Respondents' June 7, 2007 motion to dismiss is denied; and

3. Petitioner may file a traverse within thirty days of this order.[1]

DATED: September 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/feed0595.801hc

---

[1] Respondents filed their answer on September 5, 2007.

2