UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY REED, )
)
       Petitioner, )    CASE NO. 2:07-cv-00595-RAJ-JLW
)
v. )
)
WARDEN CLAY, *et al.*, )    ORDER
       Respondents. )
)

       The court has reviewed Petitioner's motion for a certificate of appealability. Dkt. # 32. In that motion, Petitioner acknowledges that this court has already declined to issue a certificate of appealability in this case. Dkt. # 32 (order entered Jan. 27, 2010). The motion currently pending on the docket seeks relief from the Ninth Circuit Court of Appeals, not this court.

       The court notes that Petitioner apparently timely appealed the judgment of this court, and an appeal (No. 10-15424) is pending in the Ninth Circuit. The Ninth Circuit docket reflects that the Ninth Circuit has yet to decide whether to issue a certificate of appealability, and it also reflects that no motion for a certificate of appealability is pending.

       The court orders as follows:

    (1)    The clerk shall TERMINATE the motion for certificate of appealability (Dkt. # 32), as it seeks no relief from this court.

    (2)    The clerk shall transmit a copy of this order, the docket in this action, and

ORDER – 1

Petitioner's motion for a certificate of appealability to the Ninth Circuit Court of Appeals.

(3) The clerk shall transmit a copy of this order to Petitioner at his address of record, and at his address of record as reflected on the Ninth Circuit docket:

> John Henry Reed
> Gabilan Conservation Camp #38
> 33161 Front Avenue
> Soledad, CA 93960

DATED this 22nd day of September, 2010.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2